**No. 10-5613. Terrance Anderson, Petitioner v. Missouri.**

562 U.S. 931, 131 S. Ct. 327, 178 L. Ed. 2d 212, 2010 U.S. LEXIS 7489.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Missouri denied.

Same case below, 306 S.W.3d 529.